## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CIVIL NO.** 26-cv-1467 |
| | * | |
| **$181,346.50 IN U.S. CURRENCY,** | * | |
| | * | |
| **Defendant *In Rem*** | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, the United States of America, by the undersigned attorneys, brings this verified complaint for forfeiture in a civil action *in rem* and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION AND THE DEFENDANT *IN REM*

1.      This is a civil forfeiture action *in rem* against seized currency that constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 and/or 18 U.S.C. § 1956 and therefore should be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A) and/or (C).

2.      The defendant property consists of $181,346.50 in U.S. Currency (the "Defendant Property") seized from the USAA Federal Savings Bank Account ending in x9719 on or about December 2, 2025.

3.      Defendant Property is presently in the custody of the Treasury Asset Suspense Fund.

4.      The United States brings this action in rem in its own right to forfeit all right, title and interest in the Defendant Property.

5.     This forfeiture is based on, but not limited to, the evidence outlined in the attached Declaration of Internal Revenue Service - Criminal Investigations Special Agent John Williams, which is incorporated herein by reference.

### JURISDICTION AND VENUE

6.     This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 18 U.S.C. § 981.

7.     This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. §§ 1345 and 1355(a).  Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

8.     Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts or omissions giving rise to the forfeiture occurred in this district.

### LEGAL BASIS FOR FORFEITURE

9.     The Defendant Property is subject to civil forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and/or (C) because it is proceeds of wire fraud in violation of 18 U.S.C. 1343 and/or money laundering in violation of 18 U.S.C. § 1956.

### FACTUAL BASIS FOR FORFEITURE

10.     This forfeiture is based upon, but not limited to, the evidence outlined in the Declaration of Internal Revenue Service - Criminal Investigations Special Agent John Williams, attached hereto as Exhibit 1, which is incorporated herein by reference.

**WHEREFORE**, plaintiff, the United States of America, prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Property be cited to appear herein and answer the Complaint; that the Defendant Property be forfeited and condemned to the United States; that upon Final Decree of Forfeiture, the United States dispose of the Defendant Property according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

Steven Brantley
Assistant United States Attorney

3

## **VERIFICATION**

I, John Williams, a Special Agent with the Internal Revenue Service Criminal Investigations, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture *In Rem* is based on reports and information known to me and/or furnished to me by other law enforcement agents and that everything contained therein is true and correct to the best of my knowledge and belief.

Date: April 15, 2026

John M. Williams Jr.
Digitally signed by John M. Williams Jr.
Date: 2026.04.15 15:39:38 -04'00'

John Williams
Special Agent
Internal Revenue Service - Criminal Investigations

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Complaint was filed via CM/ECF and served electronically on all parties by that system. I also caused a copy to be sent to the following potential claimants via certified and first-class mail or email:

Monica Adams
17004 Blue Shadows Lane
San Diego, CA 92127

Sahar Bijan, Esq., on behalf of Monica Adams
12636 High Bluff Dr.
Suite 300
San Diego, CA 92130

Nicolle Giroux
4153 Cogswell Ave.
Indian Head, MD 20640

Michelle Elizabeth Giroux
3620 Juanita Ave.
Pensacola, FL 32514

Ashley Danielle Rush
35629 Stella Vast Dr.
Zephyrhills, FL 33541

Henry Joseph Giroux IV
16760 Piney Point Rd.
Piney Point, MD 20674


                                        /s/
                                        Steven Brantley
                                        Assistant United States Attorney